UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV11829 GAO

| | |
|---|---|
| ROBERT S. STEPHENS,<br>    Plaintiff<br><br>V.<br><br>ROBERT MULHERN, individually<br>and as Police Chief of the Town of<br>Groton,<br>PETER S. CUNNINGHAM,<br>individually and as a Selectman for<br>the Town of Groton,<br>THOMAS D. HARTNETT individually<br>and as a Selectman of the Town of<br>Groton,<br>DANN CHAMBERLIN, individually<br>and as a Selectman of the Town<br>of Groton,<br>"JOHN DOE" and<br>THE TOWN OF GROTON,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED TO MOTION FOR ENLARGEMENT OF TIME TO
FILE RESPONSIVE PLEADING**

Now come the Defendants, Robert Mulhern, Peter S. Cunningham, Thomas D. Hartnett, Dann Chamberlin, "John Doe" and The Town of Groton in the above-referenced matter, and move to enlarge the time to file a Responsive Pleading in the above-referenced matter through and including Friday, October 8, 2004.

As reasons for this motion, counsel for the defendants state that they require the additional time to obtain the information necessary for the preparation of a responsive pleading. Further, the defendants are in the process of removing this matter from the Middlesex Superior Court to the United States

District Court. The defendants have not requested any previous enlargement of time in this matter and the plaintiff assents to this motion.

                Respectfully submitted,
                DEFENDANTS,
                By their attorneys,


                /s/ Jeremy I. Silverfine
                Leonard H. Kesten, BBO# 542042
                Jeremy I. Silverfine, BBO#542779
                BRODY, HARDOON, PERKINS & KESTEN, LLP
                One Exeter Plaza
                Boston, MA 02116
                (617) 880-7100

Assented To:


/s/ Gregory D. Oberhauser
Gregory D. Oberhauser, BBO# 642209
10 George St. Suite 220
Lowell, MA 01852
Tel- 978-452-1116


Dated: September 10, 2004