UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV11829 GAO

| | |
|---|---|
| ROBERT S. STEPHENS,<br>Plaintiff | )<br>)<br>) |
| V. | )<br>) |
| ROBERT MULHERN, individually and as Police Chief of the Town of Groton,<br>PETER S. CUNNINGHAM, individually and as a Selectman for the Town of Groton,<br>THOMAS D. HARTNETT individually and as a Selectman of the Town of Groton,<br>DANN CHAMBERLIN, individually and as a Selectman of the Town of Groton,<br>"JOHN DOE" and<br>THE TOWN OF GROTON,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' RULE 16.1(d)(3) CERTIFICATION

We, the undersigned counsel and party, affirm that we have conferred:

a. with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—for the litigation; and

b. to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,
DEFENDANTS,
By their attorneys,

Leonard H. Kesten, BBO No. 542042
Jeremy Silverfine, BBO No. 542779
BRODY, HARDOON, PERKINS & KESTEN
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Town of Groton
Robert Mulhern, Police Chief

_____

Dated:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV11829 GAO

ROBERT S. STEPHENS, )
    Plaintiff )
 )
V. )
 )
ROBERT MULHERN, individually )
and as Police Chief of the Town of )
Groton, )
PETER S. CUNNINGHAM, )
individually and as a Selectman for )
the Town of Groton, )
THOMAS D. HARTNETT individually )
and as a Selectman of the Town of )
Groton, )
DANN CHAMBERLIN, individually )
and as a Selectman of the Town )
of Groton, )
"JOHN DOE" and )
THE TOWN OF GROTON, )
    Defendants. )

## DEFENDANTS' RULE 16.1(d)(3) CERTIFICATION

We, the undersigned counsel and party, affirm that we have conferred:

a. with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—for the litigation; and

b. to consider the resolution of the litigation through the use of alternative dispute resolution programs.

        Respectfully submitted,
        DEFENDANTS,
        By their attorneys,

        Leonard H. Kesten, BBO No. 542042
        Jeremy Silverfine, BBO No. 542779
        BRODY, HARDOON, PERKINS & KESTEN
        One Exeter Plaza
        Boston, MA 02116
        (617) 880-7100

Town of Groton
Peter S. Cunningham, Selectman

*[signature: Peter S. Cunningham]*

Dated: October 6, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV11829 GAO

ROBERT S. STEPHENS, )
    Plaintiff )
)
V. )
)
ROBERT MULHERN, individually )
and as Police Chief of the Town of )
Groton, )
PETER S. CUNNINGHAM, )
individually and as a Selectman for )
the Town of Groton, )
THOMAS D. HARTNETT individually )
and as a Selectman of the Town of )
Groton, )
DANN CHAMBERLIN, individually )
and as a Selectman of the Town )
of Groton, )
"JOHN DOE" and )
THE TOWN OF GROTON, )
    Defendants. )

## DEFENDANTS' RULE 16.1(d)(3) CERTIFICATION

We, the undersigned counsel and party, affirm that we have conferred:

a.     with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—for the litigation; and

b.     to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,
DEFENDANTS,
By their attorneys,

Leonard H. Kesten, BBO No. 542042
Jeremy Silverfine, BBO No. 542779
BRODY, HARDOON, PERKINS & KESTEN
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Town of Groton
Thomas D. Hartnett, Selectman

*[signature]*

Dated: 10/15/04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV11829 GAO

| | |
|---|---|
| ROBERT S. STEPHENS,<br>Plaintiff | )<br>)<br>) |
| V. | )<br>) |
| ROBERT MULHERN, individually<br>and as Police Chief of the Town of<br>Groton,<br>PETER S. CUNNINGHAM,<br>individually and as a Selectman for<br>the Town of Groton,<br>THOMAS D. HARTNETT individually<br>and as a Selectman of the Town of<br>Groton,<br>DANN CHAMBERLIN, individually<br>and as a Selectman of the Town<br>of Groton,<br>"JOHN DOE" and<br>THE TOWN OF GROTON,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' RULE 16.1(d)(3) CERTIFICATION

We, the undersigned counsel and party, affirm that we have conferred:

a. with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—for the litigation; and

b. to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,
DEFENDANTS,
By their attorneys,

_____
Leonard H. Kesten, BBO No. 542042
Jeremy Silverfine, BBO No. 542779
BRODY, HARDOON, PERKINS & KESTEN
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Town of Groton
Dann Chamberlin, Selectman

*[signature: Dann Chamberlin]*

Dated:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV11829 GAO

| | |
|---|---|
| ROBERT S. STEPHENS,<br>Plaintiff | )<br>)<br>) |
| V. | )<br>) |
| ROBERT MULHERN, individually<br>and as Police Chief of the Town of<br>Groton,<br>PETER S. CUNNINGHAM,<br>individually and as a Selectman for<br>the Town of Groton,<br>THOMAS D. HARTNETT individually<br>and as a Selectman of the Town of<br>Groton,<br>DANN CHAMBERLIN, individually<br>and as a Selectman of the Town<br>of Groton,<br>"JOHN DOE" and<br>THE TOWN OF GROTON,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' RULE 16.1(d)(3) CERTIFICATION

We, the undersigned counsel and party, affirm that we have conferred:

a. with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—for the litigation; and

b. to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,
DEFENDANTS,
By their attorneys,

Leonard H. Kesten, BBO No. 542042
Jeremy Silverfine, BBO No. 542779
BRODY, HARDOON, PERKINS & KESTEN
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Town of Groton
~~Town Administrator~~ Administrative Officer
By: Jean Kitchen

*Jean Kitchen*

Dated: 10/6/04