## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT S. STEPHENS<br>        Plaintiff<br><br>    V.<br><br>ROBERT MULHERN<br>        Defendant | CIVIL ACTION<br><br>NO. 04-CV-11829 GAO |

## CONDITIONAL ORDER OF DISMISSAL

O'TOOLE   D. J.

The plaintiff failed to appear at the scheduling conference held December 21, 2004. The plaintiff is directed to show satisfactory cause by January 18, 2005 why the action should not be dismissed for failure to prosecute. Unless satisfactory cause is shown, the action will be dismissed without prejudice, pursuant to Local Rule 41.1(b)(2).

By the Court,

December 21, 2004  
    Date

/s/ Gina Edge  
Deputy Clerk

(04-11829 conditional order - 12/98)                                                                                          [odism.]