UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV11829 GAO

| | |
|---|---|
| ROBERT S. STEPHENS,<br>  Plaintiff<br><br>V.<br><br>ROBERT MULHERN, individually<br>and as Police Chief of the Town of<br>Groton,<br>PETER S. CUNNINGHAM,<br>individually and as a Selectman for<br>the Town of Groton,<br>THOMAS D. HARTNETT individually<br>and as a Selectman of the Town of<br>Groton,<br>DANN CHAMBERLIN, individually<br>and as a Selectman of the Town<br>of Groton,<br>"JOHN DOE" and<br>THE TOWN OF GROTON,<br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE**

Now come the Defendants, Robert Mulhern, Peter S. Cunningham, Thomas D. Hartnett, Dann Chamberlin, "John Doe" and The Town of Groton in the above-referenced matter, and move to continue the Scheduling Conference in the above-referenced matter from April 4, 2005 to a date on or after April 28, 2005 in afternoon.

As reasons for this motion, counsel for the defendants states that he is out of the state on April 4, 2005 and unavailable. The plaintiff assents to this motion.

        Respectfully submitted,
        DEFENDANTS,
        By their attorneys,

        /s/ Jeremy I. Silverfine
        Leonard H. Kesten, BBO# 542042
        Jeremy I. Silverfine, BBO#542779
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        One Exeter Plaza
        Boston, MA 02116
        (617) 880-7100

Assented To:

/s/ Gregory D. Oberhauser
Gregory D. Oberhauser, BBO# 642209
10 George St. Suite 220
Lowell, MA 01852
Tel- 978-452-1116

Dated: March 24, 2005