UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  04-CV11829 GAO

ROBERT S. STEPHENS, )
    Plaintiff )
  )
V. )
  )
ROBERT MULHERN, individually )
and as Police Chief of the Town of )
Groton, )
PETER S. CUNNINGHAM, )
individually and as a Selectman for )
the Town of Groton, )
THOMAS D. HARTNETT individually )
and as a Selectman of the Town of )
Groton, )
DANN CHAMBERLIN, individually )
and as a Selectman of the Town )
of Groton, )
"JOHN DOE" and )
THE TOWN OF GROTON, )
    Defendants. )

## JOINT PRETRIAL AND SCHEDULING CONFERENCE STATEMENT

      The parties hereby submit this Joint Pretrial and Scheduling Conference Statement in accordance with and pursuant to Local Rule 16.1(D)

      I.     Discovery Plan

            A.    Discovery and Motion Schedule

Item

| | | |
|---|---|---|
| 1. | Automatic Disclosures under Rule 26(a)(1) | 05/16/05 |
| 2. | Written Discovery Service Deadline | 07/31/05 |
| 3. | Motions to Amend | 06/30/05 |

Pleadings

| | | |
|---|---|---|
| 4. | Responses to Written Discovery | 09/30/05 |
| 5. | Expert Disclosures Under Rule 26(a)(2) | 09/30/05 |
| 6. | Rule 12 Motions | 07/31/05 |
| 7. | Completion of All Depositions | 01/31/06 |
| 8. | Rule 56 Motions | 02/27/06 |
| 9. | Final Pre-trial Conference | 4/06 |
| 10. | Trial | To Be Scheduled |

II.     <u>Certifications under Rule 16.1</u>

See separate certifications.

ROBERT S. STEPHENS,
By his Attorney,

ROBERT MULHERN, et al
By their Attorneys,

/s/ Gregory D. Oberhauser
Gregory D. Oberhauser, (B.B.O.# 642209)
10 George St., Suite 220
Lowell, MA 01852
(978) 452-1116
(978) 452 -8199

/s/ Jeremy I. Silverfine
Leonard H. Kesten (BBO# 542042)
Jeremy Silverfine (BBO# 542779)
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, Massachusetts  02116
(617) 880-7100
Fax:  (617) 880-7171

Date:  5/9/05