UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEPHENS
        Plaintiff(s)

v.                                CIVIL ACTION NO. 04-11829-GAO

MULHERN
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

O'TOOLE, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

As there has been no opposition to defendant's motion to dismiss( #15), filed on 10/27/05, this motion is GRANTED and the action is dismissed.

SARAH A. THORNTON,
CLERK OF COURT

Dated: 12/13/05                         By PAUL LYNESS
                                                                  Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)