UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV11829 GAO

| | |
|---|---|
| **ROBERT S. STEPHENS,** | ) |
| Plaintiff | ) |
| | ) |
| **V.** | ) |
| | ) |
| **ROBERT MULHERN, individually** | ) |
| **and as Police Chief of** | ) |
| **the Town of Groton,** | ) |
| **PETER S. CUNNINGHAM,** | ) |
| **individually and as a Selectman** | ) |
| **for the Town of Groton,** | ) |
| **THOMAS D. HARTNETT individually** | ) |
| **and as a Selectman of the Town of** | ) |
| **Groton,** | ) |
| **DANN CHAMBERLIN individually and as** | ) |
| **a Selectman of the Town of Groton,** | ) |
| **"JOHN DOE" and** | ) |
| **THE TOWN OF GROTON,** | ) |
| Defendants | ) |

NOTICE OF WITHDRAWAL

Pursuant to Rule of Civil Procedure 11(c) please withdraw the appearance of Gregory D. Oberhauser and the firm of Oberhauser Law Offices as attorney for the plaintiff, Mr. Robert Stephens.

The appearance of successor counsel has not been forthcoming. I certify that I have served notice of withdrawal on my client and on all other parties in the manner provided in Rule 5(b).

Date: _2-13-06__

> Respectfully submitted,
> Robert Stephens,
> By his attorney,
>
> */s/ Gregory D. Oberhauser*
> Gregory D. Oberhauser
> BBO No. 642209
> 10 George St., Suite 220
> Lowell, MA 01852
> 978-452-1116
> 978-452-8199-Fax