UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV11829 GAO

| | |
|---|---|
| **ROBERT S. STEPHENS,** | ) |
| Plaintiff | ) |
| | ) |
| **V.** | ) |
| | ) |
| **ROBERT MULHERN, individually** | ) |
| **and as Police Chief of** | ) |
| **the Town of Groton,** | ) |
| **PETER S. CUNNINGHAM,** | ) |
| **individually and as a Selectman** | ) |
| **for the Town of Groton,** | ) |
| **THOMAS D. HARTNETT individually** | ) |
| **and as a Selectman of the Town of** | ) |
| **Groton,** | ) |
| **DANN CHAMBERLIN individually and as** | ) |
| **a Selectman of the Town of Groton,** | ) |
| **"JOHN DOE" and** | ) |
| **THE TOWN OF GROTON,** | ) |
| Defendants | ) |

## ACCEPTANCE OF OFFER

Counsel for the plaintiff, willing agrees to pay the costs mentioned by defendant's counsel, if the default will be removed and the plaintiff is allowed to proceed with his cause of action.

    Respectfully submitted,
    Robert Stephens
    By his present attorney,


    */s/ Gregory D. Oberhauser*
    Gregory D. Oberhauser
    BBO No. 642209
    10 George St., Suite 220
    Lowell, MA 01852
    978-452-1116
    978-452-8199-Fax

February 15, 2006